

FILED
3/4/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In the Matter of the Search of:<br><br>The single-family home and detached coach house located at 41 W964 Hughes Rd., Elburn, Illinois 60119, further described in Attachment A | Case No. 24 M 151<br><br>Hon. Jeffrey Cole<br>Magistrate Judge<br><br>**UNDER SEAL** |

## GOVERNMENT'S MOTION TO SEAL
## SEARCH WARRANT, APPLICATION, AND AFFIDAVIT

Now comes the UNITED STATES OF AMERICA, by MORRIS PASQUAL, Acting United States Attorney for the Northern District of Illinois, and states as follows in support of its Motion to Seal Search Warrant, Application, and Affidavit:

On the 4th day of March, 2024, the government applied for a Search Warrant in this matter and submitted an Application and Affidavit in support (collectively, the "Search Warrant Materials"). The Search Warrant Affidavit details the facts supporting probable cause to believe that evidence, instrumentalities, and contraband concerning sexual exploitation of children, possession, receipt, and distribution of child pornography offenses, in violation of Title 18, United States Code, Sections 2252 and 2252A, will be found at 41 W964 Hughes Rd., Elburn, Illinois 60119.

The government will continue its investigation after execution of the Search Warrant, and disclosure of the Search Warrant Materials would jeopardize the investigation by providing the subject of the investigation an opportunity to destroy evidence or flee, jeopardize the safety of the agents executing the warrant by alerting

the occupants in advance to the execution of the search warrant, and jeopardize the investigation by disclosing the details of facts known to investigators, the identities of witnesses, and the investigative strategy.

For the foregoing reasons, the government respectfully requests that the Search Warrant Materials be sealed for 180 days from the date of this Order, until September 4, 2024, except as necessary to facilitate the enforcement of criminal law, including the execution of the search warrant, or to any federal official to assist the official receiving the information in the performance of that official's duties.

    Respectfully submitted,

    MORRIS PASQUAL
    Acting United States Attorney

By:   */s/ Brandon D. Stone*
    Brandon D. Stone
    Assistant United States Attorney
    219 S. Dearborn Street, Rm. 500
    Chicago, Illinois 60604
    (312) 613-9700

DATE: March 4, 2024